IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES GRAHAM, | § |
| *Plaintiff,* | § § § |
| v. | §   CASE NO.: 3:15-cv-03522-M |
| LINDE LLC, | § § § |
| *Defendant.* | § § |

### ORDER GRANTING JOINT MOTION TO REMAND

On this date the court considered the parties' *Joint Motion to Remand* ("Joint Motion").

The Court, having reviewed the Joint Motion, finds that the motion is well taken. It is therefore:

ORDERED and DECREED that this action is remanded to the County Court at Law No. 1 for Dallas County, Texas for further proceedings.

SIGNED November 24, 2015.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS